UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Raynell James Robinson,

       Plaintiff,                             Case No. 12-12792

v.                                                          Hon. Nancy G. Edmunds

Commissioner of Social Security,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation [16]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's Motion for Summary Judgment [#12] is DENIED, Defendant's Motion for Summary Judgment [#15] is GRANTED, and Plaintiff's Complaint is hereby DISMISSED.

       SO ORDERED.

                                                  s/Nancy G. Edmunds
                                                  Nancy G. Edmunds
                                                  United States District Judge

Dated: February 20, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2013, by electronic and/or ordinary mail.

                                                  s/Carol A. Hemeyer
                                                 Case Manager